# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEE DAVID HUSTEAD,
                Appellant,
vs.
MARJORIE L. HUSTEAD,
                Respondent.

No. 70156

**FILED**

APR 2 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a hearing purportedly held on March 10, 2016, in a divorce action. Second Judicial District Court, Family Court Division, Washoe County; Cynthia Lu, Judge.

Our preliminary review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) reveals a potential jurisdictional defect. Specifically, it appears that the notice of appeal was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). To the extent appellant seeks to appeal from the order striking a request for submission entered February 24, 2016, the order is not appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an

appeal from an order striking a request for submission. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Cynthia Lu, District Judge, Family Court Division
Lee David Hustead
Surratt Law Practice, PC
Washoe District Court Clerk